FRANCIS C. GRUNING, Appellant, *v.* TOBIAS RICHTER et al.,
Respondents.

(Argued October 15, 1885 ; decided October 30, 1885.)

*Elial F. Hall* for appellant.

*John B. Mayenborg* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ANN KENNEY, Respondent, *v.* THE CITY OF COHOES, Appellant.

(Argued October 15, 1885 ; decided October 30, 1885.)

THE question in this case was simply as to the sufficiency of the evidence to sustain the judgment.

The court say : " There were questions for the determination of the jury, and their verdict having been approved by the trial judge and the General Term we have no jurisdiction to interfere therewith. (*Goodfellow* v. *Mayor, etc.,* * ; *Bullock* v. *Mayor, etc.,* 99 N. Y. 654."

*E. Countryman* for appellant.

*R. A. Parmenter* for respondent.
*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.

---

* *Ante,* p. 15.